**DENY; and Opinion Filed April 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00419-CV

### IN RE MARK LYNN MILLIGAN, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F1127465W**

## MEMORANDUM OPINION

Before Justices Bridges, Stoddart, and Schenck
Opinion by Justice Schenck

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to provide him with a free copy of the trial court record for the preparation of his petition for discretionary review. Mandamus is appropriate in a criminal case if the relator shows that he has no other adequate legal remedy and the act sought to be compelled is purely ministerial. *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.,* 67 S.W.3d 177, 180–81 (Tex. Crim. App. 2001) (orig. proceeding). Indigent defendants are not entitled to a free copy of the trial record for preparation of a petition for discretionary review. *Ex parte Trainer*, 181 S.W.3d 358, 359-60 (Tex. Crim. App. 2005) (orig. proceeding) Thus, relator has not demonstrated the trial court has failed to perform a purely ministerial act. We deny the petition.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

150419F.P05